UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

GLORIA J. TARTAGLIONE,                           }
ON BEHALF OF HERSELF AND                          }
ALL OTHERS SIMILARLY SITUATED,                    }
                                                  **}**
                              Plaintiff,           }          Civil Action, File No.
               v                                  }          2:19-cv-00980-JS-GRB
                                                  }
CENTRAL CREDIT SERVICES LLC,                      }
                                                  }
                              Defendant.          }

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses the present action against Defendant.


/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107