**FILED**
**CLERK**

10/21/2019 1:33 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

GLORIA J. TARTAGLIONE,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED,

                    Plaintiff,

v

CENTRAL CREDIT SERVICES LLC,

                    Defendant.

}
}
}
}
}
}
}
}
}
}
}
}

ORDER

Civil Action, File No.
2:19-cv-00980-JS-GRB

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses the present action against Defendant.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

The Clerk of the Court
is directed to mark
this case CLOSED.

SO ORDERED:

/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Oct. 21, 2019
Central Islip, NY